EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re: <br><br><br> Juan R. Miranda Díaz | 2019 TSPR 132 <br><br> 202 DPR _____ |

Número del Caso:  TS-7,548


Fecha:  25 de julio de 2019


Abogada de la parte peticionaria:

    Lcda. Daysi Calcaño


Materia:  Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

In Re:

Juan R. Miranda Díaz

**TS-7548**

**RESOLUCIÓN**

San Juan, Puerto Rico, a 25 de julio de 2019.

Examinada la *Urgente Moción en Cumplimiento de Orden y Otros Extremos,* y demás documentos que obran en el expediente, damos por cumplida la orden emitida en la Resolución del 9 de julio de 2019, notificada el 10 de julio de 2019.

Se provee **Con Lugar** a la Petición de **reinstalación** al ejercicio de la abogacía y la notaría.

**Notifíquese**.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo